IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **WFR IP, LLC,**<br>      Plaintiff,<br><br>v.<br><br>**QVC, INC.,**<br>      Defendant | Civil Action No. 1:24-cv-00331-SBP<br><br>**JURY TRIAL DEMANDED** |

## SECOND NOTICE OF NON-OPPOSITION TO TRANSFER VENUE

Plaintiff, WFR IP, LLC, hereby files this Notice of Non-Opposition to Defendant's Motion Transfer Venue (ECF No. 21). Accordingly, Plaintiff does not oppose to transferring this case to the United States District Court for the Eastern District of Pennsylvania.

Dated: July 2, 2024

                                                Respectfully submitted,

                                                */s/ William P. Ramey, III*
                                                William P. Ramey, III
                                                Texas Bar No. 24027643
                                                **Ramey LLP**
                                                5020 Montrose Blvd., Suite 800
                                                Houston, Texas 77006
                                                (713) 426-3923
                                                wramey@rameyfirm.com

                                                ***Attorneys for WFR IP, LLC***

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that July 2, 2024, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III